In the Matter of the Application of WILLIAM J. O'LEARY, Respondent, for a Peremptory Writ of Mandamus, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

*Matter of O'Leary* v. *Board of Education*, 78 App. Div. 475, reversed. (Argued February 10, 1903; decided March 17, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 9, 1903, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to reinstate the petitioner in the position of principal of an evening high school in the borough of Brooklyn, and granted such writ.

*George L. Rives, Corporation Counsel (James McKeen* of counsel), for appellant.

*Conrad Saxe Keyes* for respondent.

*Per Curiam.* The order of the Appellate Division herein should be reversed and that of the Special Term affirmed, with costs to the appellant, upon the authority of *Matter of Cusack* v. *Board of Education, etc.* (174 N. Y. 136).

PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and WERNER, JJ., concur.

Order reversed, etc.